268

No. 15–0059/NA.  U.S. v. Darron D. Ward, Jr.  CCA 201400021.  On consideration of Appellant's motion for leave to file and motion to file a corrected brief, and motion for leave to file and motion to file a substitute joint appendix, it is ordered that said motions are hereby granted.

No. 15–0370/AR.  U.S. v. Christopher A. Bogus.  CCA 20130224.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2015.

No. 15–0371/NA.  U.S. v. Kevin C. Corcoran.  CCA 201400074.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2015.

No. 15–0372/NA.  U.S. v. Pedro M. Bess.  CCA 201300311.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2015.

Friday, February 20, 2015